STATE OF LOUISIANA

VERSUS

WAYNE NORMAN

NO. 20-KA-142

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

January 19, 2021

Susan Buchholz

First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Susan M. Chehardy,
Fredericka Homberg Wicker, and Marc E. Johnson

**REHEARING DENIED**

**MEJ**
**SMC**
**FHW**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

NANCY F. VEGA
CHIEF DEPUTY CLERK

SUSAN BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY <u>01/19/2021</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

## 20-KA-142

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Nancy A. Miller (District Judge)
Darren A. Allemand (Appellee)          Thomas J. Butler (Appellee)          Prentice L. White (Appellant)
Grant L. Willis (Appellee)

### MAILED

Honorable Jeffrey M. Landry (Appellee)          Honorable Paul D. Connick, Jr. (Appellee)
Attorney General                                District Attorney
Louisiana Department of Justice                 Joshua K. Vanderhooft (Appellee)
1885 North 3rd Street                           Rachel L. Africk (Appellee)
6th Floor, Livingston Building                  Assistant District Attorneys
Baton Rouge, LA 70802                           Twenty-Fourth Judicial District
                                                200 Derbigny Street
                                                Gretna, LA 70053